**DebtEd, MEANSU, FeeDueINST**

## U.S. Bankruptcy Court
### Eastern District of California (Sacramento)
### Bankruptcy Petition #: 26-21913

*Date filed:* 04/06/2026
*341 meeting:* 05/11/2026
*Deadline for objecting to discharge:* 07/10/2026
*Deadline for financial mgmt. course:* 06/25/2026

*Assigned to:* Hon. Christopher D. Jaime
Chapter 7
Voluntary
No asset

**FILED**
**APR 07 2026**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

*Debtor*
**Linda Strong**
10617 Viani Way
Rancho Cordova, CA 95670
SACRAMENTO-CA
SSN / ITIN: xxx-xx-1106

represented by **Linda Strong**
PRO SE

This is to certify that this is a true and correct copy
of the original _2_ page(s) filed on _4/6/26_
in the office of the Clerk. U.S Bankruptcy Court.

SCOTT A. YACH
Clerk of Court
By_____
Deputy Clerk

*Trustee*
**Irma Edmonds**
2501 West Shaw Avenue, Suite 124
Fresno, CA 93711
(559) 221-2233



*U.S. Trustee*
**Office of the U.S. Trustee**
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

| Filing Date | # | Docket Text | |
|---|---|---|---|
| 04/06/2026 | 1 (9 pgs) | Chapter 7 Voluntary Petition Individual. (dpas) (Entered: 04/06/2026) | 51403517 |
| 04/06/2026 | 2 | Meeting of Creditors to be held on 5/11/2026 at 10:00 AM via Zoom - Edmonds: Meeting ID 832 446 3165, Passcode 2071057744, Phone 1 (559) 491-2747. Last day to oppose discharge: 7/10/2026. (Patching, Destry) (Entered: 04/06/2026) | |
| 04/06/2026 | 3 (1 pg) | Notice of Appointment of Interim Trustee Irma Edmonds (auto) (Entered: 04/06/2026) | 51403524 |
| 04/06/2026 | 4 (2 pgs) | Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed. A copy of this notice was returned to the pro se debtor(s) via hand delivery. (dpas) (Entered: 04/06/2026) | 51403525 |
| 04/06/2026 | 5 (1 pg) | Statement of Social Security Number(s) (dpas) (Entered: 04/06/2026) | 51403526 |
| 04/06/2026 | 6 (1 pg) | Motion/Application to Pay Filing Fee in Installments (auto) (Entered: 04/06/2026) | 51403529 |

| | | | |
|---|---|---|---|
| 04/06/2026 | ⊘ 7<br>(1 pg) | Order granting 6 Motion/Application to Pay Filing Fees in Installments Next Installment Payment in the amount of $86 due by 5/6/2026. Second Installment Payment in the amount of $84 due by 6/5/2026. Third Installment Payment in the amount of $84 due by 7/6/2026. Final Installment Payment in the amount of $84 due by 8/4/2026. (dpas) (Entered: 04/06/2026) | 51403536 |
| 04/06/2026 | ⊘ 8<br>(1 pg) | Initial Statement About an Eviction Judgment (Form 101A), Debtor did include name and address for landlord. (dpas) (Entered: 04/06/2026) | 51403554 |
| 04/07/2026 | ⊘ 9<br>(2 pgs) | Notice of Incomplete Filing and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed as transmitted to BNC for service. (tsef) (Entered: 04/07/2026) | 51407719 |
| 04/07/2026 | 10<br>(2 pgs) | BNC 341 Notice Requested (CMX) (auto) (Entered: 04/07/2026) | 51409709 |
| 04/07/2026 | 11<br>(1 pg) | Notice of Requirement to Complete Course in Financial Management Course Certificate as Transmitted to BNC for Service. (Admin) (Entered: 04/07/2026) | 51409710 |