United States Bankruptcy Court

Eastern District of California

In re:                                  Case No. 26-21913-B

Linda Strong                               Chapter 7

       Debtor

# CERTIFICATE OF NOTICE

| District/off: 0972-2 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 17, 2026 | Form ID: L146 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Strong, 10617 Viani Way, Rancho Cordova, CA 95670-3934 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: BIEDMONDS | Apr 18 2026 04:36:00 | Irma Edmonds, 2501 West Shaw Avenue, Suite 124, Fresno, CA 93711-3307 |
| smg | EDI: EDD.COM | Apr 18 2026 04:36:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026          Signature:         /s/Gustava Winters

FORM L146 Order Dismissing Case for Failure to Timely File Document(s)   (v.02.15)                26–21913 – S – B – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

**Case Number:**    26–21913 – S – B – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Linda Strong
10617 Viani Way
Rancho Cordova, CA 95670

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated:   4/17/26

ORDERED PURSUANT TO THE COURT'S GENERAL ORDER THAT DELEGATES AUTHORITY TO THE CLERK OF THE BANKRUPTCY COURT AND HIS DEPUTIES FOR THE COURT
Scott Yach, Clerk

By:   tsef_____
             Deputy Clerk